# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE: August 24, 2005

COURTROOM DEPUTY: Janet GONZALEZ          **CRIM CASE: 05-229-01 (PG)**

===================================================================

UNITED STATES OF AMERICA                    Attorneys:

vs.

JESUS PAREDES-BADILLO

===================================================================

BY ORDER OF THE COURT the Report and Recommendation issued on July 22, 2005, on the Rule 11 proceedings is **approved**.  The guilty plea as to count one of the indictment entered by the defendant on July 5, 2005, before Magistrate-Judge Aida Delgado-Colon , is  accepted and the defendant is adjudged guilty.

**The imposition of sentence is set for October 21, 2005 at 9:00 a.m.**

                                        S/JANET GONZALEZ
                                        Janet Gonzalez
                                        Courtroom Deputy